IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT W. WATSON and
PENNY L. WATSON,

      Plaintiffs,               No. CIV S-05-1682 DFL JFM PS

   vs.

INTERNAL REVENUE SERVICE,

      Defendant.             <u>ORDER TO SHOW CAUSE</u>

_____/

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). Pursuant to Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service of summons is not made within 120 days after the filing of the complaint. In the order setting status conference, filed August 22, 2005, plaintiffs were cautioned that this action may be dismissed if service was not timely completed. This action was filed August 22, 2005 and plaintiffs have not yet served defendant with summons.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiffs shall show cause, in writing, within ten days from the date of this order, why this action should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m); and

2. The status conference, set for January 12, 2006, is vacated.

DATED: January 6, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; watson.osc