IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT W. WATSON and
PENNY L. WATSON,

      Plaintiffs,                  No. CIV S-05-1682 DFL JFM

   vs.

INTERNAL REVENUE SERVICE,

      Defendant.                FINDINGS & RECOMMENDATIONS

_____/

       By order filed January 6, 2006, plaintiffs were ordered to show cause, within ten days, why this action should not be dismissed. The ten day period has now expired, and plaintiffs have not shown cause or otherwise responded to the court's order.

       IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

1

1 time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
2 (9th Cir. 1991).
3 DATED: January 26, 2006.

```
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
```

/001; watson.fsc