1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10
ROBERT W. WATSON and
11 PENNY L. WATSON,

12              Plaintiffs,              No. CIV S-05-1682 DFL JFM

13       vs.

14 INTERNAL REVENUE SERVICE,

15              Defendant.              ORDER

16 _____/

17              Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was

18 referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

19              On January 26, 2006, the magistrate judge filed findings and recommendations

20 herein which were served on the parties and which contained notice to the parties that any

21 objections to the findings and recommendations were to be filed within ten days.  No objections

22 to the findings and recommendations have been filed.

23              The court has reviewed the file and finds the findings and recommendations to be

24 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25 ORDERED that:

26 /////

1

1.   The findings and recommendations filed January 26, 2006, are adopted in full;

2.   This action is dismissed without prejudice.  <u>See</u> Local Rule 11-110; Fed. R.

Civ. P. 41(b).

DATED: 3/7/2006

DAVID F. LEVI
United States District Judge

/watson.801

2